PROB 12B
SDIL (11/03)

**FILED**
JAN 16 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# United States District Court
## for
## Southern District of Illinois

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Dennis Michael McGiffen                Docket Number: 0754 3:98CR30053-001

Name of Sentencing Judicial Officer: Honorable David R. Herndon

Date of Original Sentence: September 11, 1998

Original Offense: Possession of Automatic Machine Gun

Original Sentence: 87 months Bureau of Prisons on Count 1 **(to run concurrent with case 3:98-CR-30035 of 60 months on Count 1)**; followed by three years' supervised release.

Type of Supervision: Supervised Release                Date Supervision Commenced: July 9, 2004

Assistant U.S. Attorney: Mr. Norm Smith                Defense Attorney: Mr. Douglas Forysth

## PETITIONING THE COURT

[ ]  To extend the term of supervision for _ years, for a total term of _ years.
[ X ]  To modify the conditions of supervision as follows:

> The defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as the offender is released from the program by the probation officer.

### CAUSE

Previous Violation Reports Submitted to the Court: none

The offender has failed to comply with the following conditions of supervision:

| **Violation Number** | **Nature of Noncompliance** |
| --- | --- |
| Standard #11 | The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |
| | The offender failed to notify the probation officer within seventy-two hours that on December 10, 2006, he was questioned by the Wood River Police Department. |

PROB 12B
SDIL (11/03)

2

### U.S. Probation Officer Recommendation:

During the police investigation alluded to in the above-mentioned violation conduct, the offender was confronted by the Wood River Police Department in reference to a potential domestic disturbance at his home. Due to the offender failing to contact this officer to report this incident and the fact that this is not the first time the Wood River Police have been called to the offender's residence due to a domestic disturbance, it is respectfully requested the offender's conditions of supervised release be modified to include a condition that would required him to participate in mental health treatment specific for domestic violence. This officer respectfully requests the offender address any and all domestic violence issues in a proper counseling environment.

Enclosed for the Court's review is the Waiver of Hearing to Modify the Conditions of Supervised Release signed by the offender. The Court should note that prior to signing the waiver, the offender's rights to a hearing and the assistance of counsel were explained in detail. Furthermore, Assistant U.S. Attorney **Norm Smith** was made aware of this proposed modification and does not object to the Court being petitioned to modify the offender's conditions as indicated above.

Respectfully submitted,

by

Kevin C. Rayman
U.S. Probation Officer
Date: January 11, 2007

KCR/cak

THE COURT ORDERS:

[ ] No action.
[ ] The extension of supervision as noted above.
[✓] The modification of conditions as noted above.
[ ] Other

Signature of Judicial Officer

1/16/07
Date