PROB 49
(Rev. 3/89 SDIL 11/03)

# UNITED STATES DISTRICT COURT

## Southern District of Illinois

## Waiver of Hearing to Modify Conditions
## of Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as the offender is released from the program by the probation officer.

X _____
(Authorizing Signature - Full Name)

Dennis Michael Mcgiffen
(Full Name - Printed or Typed)

01/10/07
(Date)

WITNESS -

Kevin C. Rayman
(Probation Officer)

1/10/07
(Date)